UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARCHIE L. BRAGGS, | ) | No. CV 08-06018-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus with prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed with prejudice.

DATED: April 30, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE